JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN MANZO TORO,<br>         Petitioner,<br><br>     v.<br><br>CHAD T. WOLF, Acting Secretary of Homeland Security, et al.,<br>         Respondents. | No. CV 20-782-TJH (KSx)<br><br>**ORDER DISMISSING ACTION** |

Pursuant to petitioner's notice of voluntary dismissal (ECF No. 30) and by stipulation of the parties (ECF No. 31), this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: June 19, 2020

_____
TERRY J. HATTER, JR.
SENIOR UNITED STATES DISTRICT JUDGE